DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JUDGMENT ENFORCEMENT SOLUTION, INC., AS ASSIGNEE OF
CHRIS DEVANEY,

Appellant,

v.

GUY GANNAWAY, AN INDIVIDUAL; MARK STALKER, AN
INDIVIDUAL;175TH AVENUE TOWNHOMES, LLC, A FLORIDA
LIMITED LIABILITY COMPANY; AND HENNESSY CONSTRUCTION
SERVICES CORP.,

Appellees.

No. 2D21-343

_____

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Pinellas County; Thane B. Covert, Judge.

Kevin P. Jackson of Law Offices of Kevin Jackson, P.A., Fort
Lauderdale, for Appellant.

Timothy W. Weber of Weber, Crabb & Wein, P.A., St. Petersburg, for
Appellee Mark Stalker.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.